**Order filed July 7, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00177-CV
_____

### JEFFREY M. LORENCE, Appellant

### V.

### MOREQUITY, INC. AND PEAK FORECLOSURE SERVICES, INC., Appellees

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2013-77187

## ORDER

Appellant's brief was filed on May 11, 2015. The court has determined that appellant has not properly presented this cause in the brief on file. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. In particular, appellant has failed to provide "clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." Tex. R. App. P. 38.1(i).

Accordingly, pursuant to Rule 38.9, the court orders appellant to rebrief. *See* Tex. R. App. P. 38.9. Appellant's amended brief is due within 30 days of the date of this order and appellee's responsive brief shall be due 30 days after appellant's revised brief is filed. If appellant fails to file his brief within 30 days of the date of this order, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.